IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SCOTT HUNTER,

        Plaintiff,                      No. C 16-06335 WHA

  v.

AMERICAN HONDA FINANCE              **JUDGMENT**
CORPORATION; CHASE BANK, USA, N.A.;
EQUIFAX, INC.; EXPERIAN INFORMATION
SOLUTIONS, INC.,

        Defendants.

                                    /

For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of American Honda Finance Corporation; Chase Bank, USA, N.A.; Equifax, Inc.; and Experian Information Solutions, Inc., and against Scott Hunter. The Clerk **SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: April 13, 2017.

                                  WILLIAM ALUP
                                  UNITED STATES DISTRICT JUDGE